IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARCUS MONTEZ SPANGLER,        )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )        2:16cv793-MHT
                               )           (WO)
MS. DUFFELL,                   )
                               )
        Defendant.             )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
inmate, filed this lawsuit complaining that he did not
receive medical care ordered by a physician for an
injured foot.  This lawsuit is now before the court on
the recommendation of the United States Magistrate
Judge that defendant's motion to dismiss should be
granted based on plaintiff's failure to exhaust the
administrative remedy process before filing this
lawsuit, and that this case should be dismissed without
prejudice.   There are no objections to the
recommendation.  Because plaintiff has failed to offer
any explanation for his failure to file a grievance

appeal, and after an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of June, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE